# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO, CALIFORNIA

| | |
|---|---|
| ANTHONY LEE TAYLOR | ) 1:11-cv-2042 - - BAM |
| | ) |
| | ) |
| Plaintiff, | ) ORDER GRANTING APPLICATION |
| | ) TO PROCEED IN FORMA PAUPERIS |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, COMMISSIONER | ) |
| OF SOCIAL SECURITY, | ) |
| | ) (Document 2 ) |
| | ) |
| Defendant. | ) |
| | ) |

On December 12, 2011, Plaintiff Anthony Lee Taylor, appearing pro se, filed a motion to proceed in forma pauperis.  (Doc. 2.)  Having reviewed the in forma pauperis application, this court GRANTS Plaintiff Taylor's application.

IT IS SO ORDERED.

**Dated:**   **January 17, 2012**                                    **/s/ Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE