# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LEE TAYLOR, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | 1:11-cv-2042 BAM <br><br> **ORDER TO CLERK TO ISSUE SUMMONS** <br><br> **ORDER TO CLERK TO ISSUE SCHEDULING ORDER AND INITIAL CASE DOCUMENTS** |

IT IS ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

IT IS FURTHER ORDERED that the clerk shall cause a scheduling order and other necessary initial order, including service documents, relative to a Social Security appeal to issue in this action.

IT IS SO ORDERED.

Dated:   **May 8, 2012**          /s/ **Barbara A. McAuliffe**
                                                    UNITED STATES MAGISTRATE JUDGE

1