# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO, CALIFORNIA

| | | |
|---|---|---|
| ANTHONY LEE TAYLOR | ) | 1:11-cv-2042 - BAM |
| | ) | |
| Plaintiff, | ) | ORDER ON PLAINTIFF'S MOTION TO |
| | ) | DIRECT SERVICE |
| v. | ) | |
| MICHAEL J. ASTRUE, COMMISSIONER | ) | |
| OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff's Motion for a court order directing the Commissioner to provide Plaintiff with a copy of the Administrative Record (Doc. 13) is DENIED as moot. The Commissioner's Certificate of Service (Doc. 14) indicates Plaintiff was served with the Administrative Record on December 6, 2012.

IT IS SO ORDERED.

Dated:   **December 13, 2012**                **/s/ Barbara A. McAuliffe**
                                                                   UNITED STATES MAGISTRATE JUDGE

1