BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration
DANIEL TALBERT
Special Assistant United States Attorney
        160 Spear Street, Suite 800
        San Francisco, California 94105
        Telephone: (415) 977-8926
        Facsimile: (415) 977-8873
        Email: Daniel.Talbert@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| ANTHONY LEE TAYLOR,<br><br>            Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,[1]<br><br>            Defendant. | Case No. 1:11-cv-02042-BAM<br><br>**ORDER EXTENDING BRIEFING<br>SCHEDULE AND DENYING<br>PLAINTIFF'S MOTION FOR COURT<br>ORDER AS MOOT**<br><br>**(Docs. 17, 18).** |

        Defendant hereby moves, by and through counsel, for a first extension, up to and

including April 26, 2013, to respond to Plaintiff's confidential letter brief.  Defendant requires

this extension because the undersigned counsel did not receive Plaintiff's confidential letter brief,

and has requested Plaintiff to re-send the letter brief to enable counsel to review the brief,

consider possible settlement, and discuss the matter with his client as necessary.

_____

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1    The undersigned counsel spoke by telephone with Plaintiff on March 26, 2013, to request

2   Plaintiff to re-send the letter brief, which Plaintiff agreed to do today, March 27, 2013.  Plaintiff

3   confirmed that he did not oppose Defendant's request for an extension of 30 days within which to

4   respond to Plaintiff's letter brief.

5          Defendant requests further that the Court's Scheduling Order be modified accordingly.

6                                            Respectfully submitted,

7                                            Attorneys for Plaintiff
     Dated: March 27, 2013                   BENJAMIN B. WAGNER
8                                            United States Attorney

9                                        By:  /s/ Daniel Talbert
10                                           DANIEL TALBERT
                                             Special Assistant U. S. Attorney
11                                           Attorneys for Defendant

12

13

14                                           **ORDER**

     Based on Defendant's unopposed motion (Doc. 18), and for good cause being shown, IT
15
     IS HEREBY ORDERED,
16

17          1.  Defendant's Motion for 30-Day Extension of Time is **GRANTED**.  (Doc. 18);

18          2.  Defendant shall have up to and including **April 26, 2013**, in which to submit its
19              Confidential Letter Brief to Plaintiff;

20          3.  All other deadlines set forth in the May 8, 2012 Case Management Order are
                modified accordingly;
21
            4.   Plaintiff's pending Motion for an Order Directing Defendant to Comply with the
22              Court's scheduling order is **DENIED** as **MOOT**.  (Doc. 17).

23

24

25      IT IS SO ORDERED.

26   Dated:  ___March 29, 2013___        ___/s/ Barbara A. McAuliffe___

27                                       UNITED STATES MAGISTRATE JUDGE

28
                                             2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28